# **EXHIBIT C**

Providence/Bristol County Superior Court

# Case Summary
## Case No. PC-2021-06827

| | | |
|---|---|---|
| **FRANCIS DADDONA v. TARGET CORPORATION** § § | Location: | **Providence/Bristol County Superior Court** |
| | Filed on: | **11/04/2021** |

## Case Information

| | |
|---|---|
| Case Type: | Personal Injury |
| Case Status: | **11/04/2021 Unassigned** |
| Case Flags: | **Claim for Jury Trial** |

## Party Information

**Plaintiff**   **DADDONA, FRANCIS**   **MONTI, HENRY S.**
*Retained*

**Defendant**   **TARGET CORPORATION**

## Case Events

| | |
|---|---|
| 11/04/2021 | Complaint Filed |
| 11/04/2021 | Summons |
| 11/04/2021 | Claim of Jury Trial Filed |
| 11/09/2021 | Summons Proof of Service Filed |

## Financial Information

**Plaintiff**   DADDONA, FRANCIS
Total Financial Assessment                                                                                         180.75
Total Payments and Credits                                                                                          180.75
**Balance Due as of 11/22/2021**                                                                               **0.00**

| | | | |
|---|---|---|---|
| 11/04/2021 | Transaction Assessment | | 180.75 |
| 11/04/2021 | Electronic Payment | Receipt # SCP-2021-017891 | (180.75) |

Case Number: PC-2021-06827
Filed in Providence/Bristol County Superior Court
Submitted: 11/4/2021 9:57 AM
Envelope: 3358118
Reviewer: Jaiden H.

Case 1:21-cv-00461-WES-LDA   Document 1-3   Filed 11/22/21   Page 3 of 11 PageID #: 15

STATE OF RHODE ISLAND                               SUPERIOR COURT
PROVIDENCE, SC.

FRANCIS DADDONA                              :
                                             :
         VS.                                 :   C.A. NO.
                                             :
TARGET CORPORATION, Alias John Doe           :

## COMPLAINT

1. The Defendant, TARGET CORPORATION, on or about February 6, 2019 operated a retail store at 371 Putnam Pike, Suite A-250 located at Town, located in the Town of Smithfield, County of Providence, State of Rhode Island, and at all times mentioned herein was in possession and control and operated and maintained said premises as well as managed it.

2. That on or about the 6th day of February, 2019 the Plaintiff, FRANCIS DADDONA, was lawfully on the Defendant's said premises in the stock room as he was employed by Northeast Beverage and had just finished stocking and checking his items and was leaving the store through the stock room.

3. At the time and place aforesaid, the Defendant was negligent in having maintained the stock room, specifically the area around exit door in a dangerous, defective, unfit, unsafe and negligent manner because among other things there was a open box in the doorway left by Defendant's employee. Also the Defendant was negligent in failing to adequately warn the Plaintiff of said danger and negligent in failing to adequately inspect the premises. As a result of the Defendant's negligence, the Plaintiff was caused to suffer a fall.

4. The Defendant knew or should have known that the condition of the stock room near the doorway was dangerous to persons walking on it.

5. The Plaintiff was at all times in the exercise of due care and caution.

6. That as a direct and proximate result of the Defendant's negligence, as aforesaid, the Plaintiff sustained personal injuries and emotional harm which incapacitated him, causes him suffering and pain; he incurred, is continuing to incur, and in the future will incur expenses for medical and hospital care and attention; he was unable to perform his usual occupation and lost wages, salaries and/or earnings, and also suffered a loss in earning capacity and scarring of loss of use.

**WHEREFORE**, the Plaintiff demands judgment against the Defendant, plus costs and interest. The monetary amount claimed is sufficient to establish the jurisdiction of the Superior Court.

Case Number: PC-2021-06827
Filed in Providence/Bristol County Superior Court
Submitted: 11/4/2021 9:57 AM
Envelope: 3358118
Reviewer: Jaiden H.

Case 1:21-cv-00461-WES-LDA   Document 1-3   Filed 11/22/21   Page 4 of 11 PageID #: 16

The Plaintiff demands trial by jury.

By Plaintiff's Attorney,

*/s/ Henry S. Monti*
HENRY S. MONTI, ESQ #2745
GEMMA LAW ASSOCIATES, INC.
231 RESERVOIR AVENUE
PROVIDENCE, RI 02907
TELEPHONE: (401) 467-2300
FACSIMILE: (401) 467-8678
E-MAIL: Henry@GemmaLaw.com

DATED: NOVEMBER 4, 2021



# STATE OF RHODE ISLAND
## SUPERIOR COURT
### SUMMONS

|  | **Civil Action File Number**<br>PC-2021-06827 |
|---|---|
| **Plaintiff**<br>FRANCIS DADDONA<br> v.<br>TARGET CORPORATION<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Henry S. Monti |
|  | **Address of the Plaintiff's Attorney or the Plaintiff**<br>GEMMA LAW ASSOCIATES INC<br>231 RESERVOIR AVENUE<br>PROVIDENCE RI  02907 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>1000 NICOLLET MALL<br>MINNEAPOLIS MN  55403 |

**TO THE DEFENDANT, TARGET CORPORATION:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 11/4/2021. | /s/ Stephen Burke<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court



# STATE OF RHODE ISLAND

# SUPERIOR COURT

| Plaintiff<br>FRANCIS DADDONA<br>v.<br>TARGET CORPORATION<br>**Defendant** | **Civil Action File Number**<br>PC-2021-06827 |
|---|---|

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, TARGET CORPORATION, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person of suitable age and discretion _____
   Address of dwelling house or usual place of abode _____
   _____
   Age _____
   Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
   _____

☐ With a guardian or conservator of the Defendant.
   Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
   Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND
# SUPERIOR COURT

Upon a private corporation, domestic or foreign:
☐ By delivering said papers to an officer or a managing or general agent.
 Name of person and designation _____
☐ By leaving said papers at the office of the corporation with a person employed therein.
 Name of person and designation _____
☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
 Name of authorized agent _____
 If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
 _____

☐ I was unable to make service after the following reasonable attempts: _____
_____

SERVICE DATE: _____/_____/_____    SERVICE FEE $_____
  Month   Day   Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.
_____
 Signature

State of _____
County of _____

   On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)

Case Number: PC-2021-06827
Filed in Providence/Bristol County Superior Court
Submitted: 11/4/2021 10:09 AM
Envelope: 3358176
Reviewer: Jaiden H.

Case 1:21-cv-00461-WES-LDA   Document 1-3   Filed 11/22/21   Page 8 of 11 PageID #: 20

| | |
|---|---|
| STATE OF RHODE ISLAND<br>PROVIDENCE, SC. | SUPERIOR COURT |

FRANCIS DADDONA          :
                         :
        VS.              :    C.A. NO.  PC-2021-06827
                         :
TARGET CORPORATION, Alias John Doe   :

## REQUEST FOR JURY TRIAL

Now comes the Plaintiff in the above-entitled matter and request a jury trial.

By Plaintiff's Attorney,


*/s/ Henry S. Monti*
HENRY S. MONTI, ESQ #2745
GEMMA LAW ASSOCIATES, INC.
231 RESERVOIR AVENUE
PROVIDENCE, RI 02907
TELEPHONE: (401) 467-2300
FACSIMILE: (401) 467-8678
E-MAIL:  Henry@gemmalaw.com


DATED:  NOVEMBER 4, 2021

Case Number: PC-2021-06827
Filed in Providence/Bristol County Superior Court
Submitted: 11/9/2021 11:03 AM
Envelope: 3365267
Reviewer: Jaiden H.



# STATE OF RHODE ISLAND
## SUPERIOR COURT
### SUMMONS

| | |
|---|---|
| | **Civil Action File Number** <br> PC-2021-06827 |
| **Plaintiff** <br> FRANCIS DADDONA <br> v. <br> TARGET CORPORATION <br> **Defendant** | **Attorney for the Plaintiff or the Plaintiff** <br> Henry S. Monti |
| | **Address of the Plaintiff's Attorney or the Plaintiff** <br> GEMMA LAW ASSOCIATES INC <br> 231 RESERVOIR AVENUE <br> PROVIDENCE RI  02907 |
| Licht Judicial Complex <br> Providence/Bristol County <br> 250 Benefit Street <br> Providence RI  02903 <br> (401) 222-3250 | **Address of the Defendant** <br> 1000 NICOLLET MALL <br> MINNEAPOLIS MN  55403 <br> PLEASE SERVE:  CT CORPORATION SYSTEM <br> 450 VETERANS MEMORIAL PARKWAY, SUITE 7A <br> EAST PROVIDENCE, RI 02914 |

**TO THE DEFENDANT, TARGET CORPORATION:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 11/4/2021. | /s/ Stephen Burke <br> Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)

Case Number: PC-2021-06827
Filed in Providence/Bristol County Superior Court
Submitted: 11/9/2021 11:03 AM
Envelope: 3365267
Reviewer: Jaiden H.



# STATE OF RHODE ISLAND
## SUPERIOR COURT

| Plaintiff<br>FRANCIS DADDONA<br>v.<br>TARGET CORPORATION<br>**Defendant** | Civil Action File Number<br>PC-2021-06827 |
|---|---|

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, TARGET CORPORATION, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person of suitable age and discretion _____
  Address of dwelling house or usual place of abode _____
  Age _____
  Relationship to the Defendant _____

☑ With an agent authorized by appointment or by law to receive service of process.  11-4-21 12:28PM
  Name of authorized agent  CT Corporation Drop Box 450 Veterans Mem. Pkwy E. Prov, RI
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
  _____

☐ With a guardian or conservator of the Defendant.
  Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
  Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)

Case Number: PC-2021-06827
Filed in Providence/Bristol County Superior Court
Submitted: 11/9/2021 11:03 AM
Envelope: 3365267
Reviewer: Jaiden H.

Case 1:21-cv-00461-WES-LDA   Document 1-3   Filed 11/22/21   Page 11 of 11 PageID #: 23



# STATE OF RHODE ISLAND
## SUPERIOR COURT

Upon a private corporation, domestic or foreign:
☐ By delivering said papers to an officer or a managing or general agent.
   Name of person and designation _____
☐ By leaving said papers at the office of the corporation with a person employed therein.
   Name of person and designation _____
☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
   _____

☐ I was unable to make service after the following reasonable attempts: _____

SERVICE DATE: __11__/__4__/__21__     SERVICE FEE $ __45__
              Month  Day   Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE
_Anthony Cappalli #157_

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
Signature

State of _____
County of _____

   On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

                              Notary Public: _____
                              My commission expires: _____
                              Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)